Lewis R. Schwartz, Inc., Respondent, v. Estate of Adolph Brussel, Inc., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Martin, Sherman and Townley, JJ.; Sherman, J., taking no part.

In the Matter of the Application of Louis Waldman, Petitioner, for a Certiorari Order against Thomas W. Churchill, a Justice of the Supreme Court of the State of New York, Respondent.*— Order of certiorari dismissed, and determination of respondent confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Edward C. Warren, Respondent, v. Thomas Rota, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Patrick Brady, Appellant, v. 1767 Broadway Company, Inc., Defendant, Impleaded with Whelan Drug Company, Inc., and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Martha Hill McFarland and Others, Appellants, v. Cross Siclare and Others, Respondents, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Sedor & Co., Inc., Appellant, v. Bank of Manhattan Trust Company, Respondent, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.; Sherman, J., taking no part.

Mary Lynch, Respondent, v. James J. Summers, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Norma Hartlove and Another, Respondents, v. Slattery Dainó Co., Inc., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Harris Structural Steel Co., Inc., Appellant, v. Eljac Realty Corporation, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Morris Israel, Assignee for the Benefit of Creditors of Betty Undergarment Co., Inc., Appellant, v. Charles Zinamon, Respondent. Morris Israel, Assignee, etc., Appellant, v. Fred Berger, Respondent.— Orders affirmed, with twenty dollars costs and disbursements, without prejudice to an application for a preference if so advised. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

The People of the State of New York, Respondent, v. George Howard, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Laurent Van Der Stegen, Doing Business under the Firm Name and Style of The Belgian Trading Company, Respondent, and Frederick N. Matthews and Others, Respondents, v. Neuss, Hesslein & Co., Inc., Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

Frank J. O'Connor, Respondent, v. Produits Pierre, Incorporated, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

* Affd., 262 N. Y. 247.